AO 120 (Rev. 3/04)

| TO: | **Mail Stop 8**<br>**Director of the U.S. Patent and Trademark Office**<br>**P.O. Box 1450**<br>**Alexandria, VA 22313-1450** | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION REGARDING A PATENT OR**<br>**TRADEMARK** |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court ____Delaware____ on the following   X Patents or   ☐ Trademarks:

| DOCKET NO.<br>06cv230 | DATE FILED<br>4/7/06 | U.S. DISTRICT COURT<br>DISTRICT OF DELAWARE |
|---|---|---|
| PLAINTIFF<br>Merck & Co. Inc. | | DEFENDANT<br>Apotex Inc. |

| | PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | 5,358,941 | 10/25/94 | Merck & Co. Inc. |
| 2 | 5,681,590 | 10/28/97 | Merck & Co. Inc. |
| 3 | 5,849,726 | 12/15/98 | Merck & Co. Inc. |
| 4 | 6,008,207 | 12/28/99 | Merck & Co. Inc. |
| 5 | 6,090,410 | 7/18/00 | Merck & Co. Inc. |
|   | US 6,194,004 B1 | 2/27/01 | Merck & Co. Inc. |
|   | 5,994,329 | 12/30/99 | Merck & Co. Inc. |
|   | 6,015,801 | 1/18/00 | Merck & Co. Inc. |
|   | US 6,225,294 B1 | 5/1/01 | Merck & Co. Inc. |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading | |
|---|---|---|
| PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
|   |

✎ AO 120 (Rev. 3/04)

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| PETER T. DALLEO, CLERK OF COURT | | April 10, 2006 |

**Copy 1—Upon initiation of action, mail this copy to Director     Copy 3—Upon termination of action, mail this copy to Director**
**Copy 2—Upon filing document adding patent(s), mail this copy to Director     Copy 4—Case file copy**