IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MERCK & CO., INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 06-230 (GMS) |
| | ) |
| APOTEX, INC. | ) |
| | ) |
| Defendant. | ) |

## STIPULATION AND ORDER TO EXTEND TIME

Plaintiff Merck & Co., Inc. and Defendant Apotex, Inc. do hereby stipulate, subject to approval by the Court, to an extension of time until and including June 29, 2006, to answer, move, or otherwise respond to the Complaint.

| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | POTTER ANDERSON & CORROON LLP |
|---|---|
| By: */s/ James W. Parrett, Jr.* <br> Mary B. Graham (#2256) <br> James W. Parrett, Jr. (#4292) <br> 1201 North Market Street <br> P.O. Box 1347 <br> Wilmington, DE 19899-1347 <br> (302) 658-9200 <br> mgraham@mnat.com <br> jparrett@mnat.com <br><br> *Attorneys for Plaintiff Merck & Co., Inc.* | By: */s/ Kenneth L. Dorsney* <br> Richard L. Horwitz (#2246) <br> Kenneth L. Dorsney (#3726) <br> Hercules Plaza, 6th Floor <br> 1313 N. Market Street <br> P. O. Box 951 <br> Wilmington, DE 19899 <br> (302) 984-6000 <br> rhorwitz@potteranderson.com <br> kdorsney@potteranderson.com <br><br> *Attorneys for Defendant Apotex, Inc.* |

SO ORDERED this _____ day of _____, 2006.

728825 / 30234

_____
United States District Judge