# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

MERCK & CO., INC.,  )
                                 )
             Plaintiff,  )
                                 )    C.A. No. 06-230 (GMS)
         v.                )
                                 )    **JURY TRIAL DEMANDED**
APOTEX, INC.,  )
                                 )
            Defendant.  )

## MOTION AND ORDER
## FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the

admission pro hac vice of A. Sidney Katz, Robert B. Breisblatt, Louise T. Walsh, and

Michael A. Krol of Welsh & Katz, Ltd., 120 S. Riverside Plaza, 22nd Floor, Chicago,

Illinois 60606, to represent defendant, Apotex Inc., in this matter.

POTTER ANDERSON & CORROON LLP

By: */s/ Kenneth L. Dorsney*
       Richard L. Horwitz (#2246)
       Kenneth L. Dorsney (#3726)
       Hercules Plaza 6th Floor
       1313 N. Market Street
       P.O. Box 951
       Wilmington, DE 19899
       Tel: (302) 984-6000
       rhorwitz@potteranderson.com
       kdorsney@potteranderson

Dated: May16, 2006              *Attorneys for Defendant Apotex Inc.*
731371

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date: _____          _____
                                     United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the States of Florida and Illinois, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00

☑ has been paid to the Clerk of the Court

☐ will be submitted to the Clerk's Office upon the filing of this motion

Date: May 9, 2006          Signed:    */s/ Robert B. Breisblatt*
                                      Robert B. Breisblatt
                                      Welsh & Katz, Ltd.
                                      120 S. Riverside Plaza
                                      22nd Floor
                                      Chicago, Illinois 60606
                                      Telephone: (312) 655-1500

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Illinois, the U.S. Supreme Court and the District of Columbia, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00

☑ has been paid to the Clerk of the Court

☐ will be submitted to the Clerk's Office upon the filing of this motion

Date: May 12, 2006          Signed:     /s/ A. Sidney Katz
                                        A. Sidney Katz
                                        Welsh & Katz, Ltd.
                                        120 S. Riverside Plaza
                                        22nd Floor
                                        Chicago, Illinois 60606
                                        Telephone: (312) 655-1500

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Illinois, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00

☐   has been paid  to the Clerk of the Court

☑   will be submitted to the Clerk's Office upon the filing of this motion

Date: May 9, 2006          Signed:     /s/ Louise T. Walsh
                                       Louise T. Walsh
                                       Welsh & Katz, Ltd.
                                       120 S. Riverside Plaza
                                       22nd Floor
                                       Chicago, Illinois 60606
                                       Telephone: (312) 655-1500

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the States of Florida and Illinois, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00

☑ has been paid to the Clerk of the Court

☐ will be submitted to the Clerk's Office upon the filing of this motion

Date: May 11, 2006        Signed:    _/s/ Michael A. Krol_____
                                     Michael A. Krol
                                     Welsh & Katz, Ltd.
                                     120 S. Riverside Plaza
                                     22nd Floor
                                     Chicago, Illinois 60606
                                     Telephone: (312) 655-1500

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

### CERTIFICATE OF SERVICE

I, Kenneth L. Dorsney, hereby certify that on May 16, 2006, the attached document was

hand delivered on the following person and was electronically filed with the Clerk of the Court

using CM/ECF which will send notification of such filing(s) to the following and the document

is available for viewing and downloading from CM/ECF.

Mary B. Graham
James W. Parrett, Jr.
Morris, Nichols, Arsht & Tunnell, LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899-1347

I hereby certify that on May 16, 2006, I have Electronically Mailed the attached

document to the following non-registered participants:

John F. Lynch
Howrey, LLP
750 Bering Drive
Houston, TX  77057-2198
lynchj@howrey.com

Nicolas G. Barzoukas
Suzy S. Harbison
Jason C. Abair
Weil, Gotshal & Manges
700 Louisiana, Suite 1600
Houston, TX  77002
nicolas.barzoukas@weil.com
suzy.harbison@weil.com
jason.abair@weil.com

I hereby certify that on May 16, 2006, I have Federal Expressed the attached document to

the following non-registered participants:

Paul D. Matukaitis
Merck & Co., Inc.
One Merck Drive
Whitehouse Station, NJ  08889-0100

Edward W. Murray
Gerard M. Devlin
Merck & Co., Inc.
126 E. Lincoln Avenue RY28-320
Rahway, NJ  07065-0907

*/s/ Kenneth L. Dorsney*
Richard L. Horwitz
Kenneth L. Dorsney
Potter Anderson & Corroon LLP
Hercules Plaza – Sixth Floor
1313 North Market Street
P.O. Box 951
Wilmington, DE  19899-0951
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

728942