

**Potter Anderson & Corroon LLP**

1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
302 984-6000

www.potteranderson.com

**Richard L. Horwitz**
Partner
Attorney at Law
rhorwitz@potteranderson.com
302 984-6027 Direct Phone
302 658-1192 Fax

February 22, 2005

**VIA HAND DELIVERY**

The Honorable Gregory M. Sleet
United States District Judge
J. Caleb Boggs Federal Building
844 N. King Street, Lockbox 18
Wilmington, DE 19801

      Re:    **Merck & Co. Inc. v. Apotex, Inc.**
              **C. A. No. 06-230-GMS**

Dear Judge Sleet:

      Briefing is now complete on Plaintiff Merck's Motion to Dismiss. Pursuant to L.R. 7.1.4., Defendant Apotex hereby requests oral argument on that motion. We would be prepared to appear in person or by telephone.

      Counsel are available at the Court's convenience if Your Honor has any questions.

                                      Respectfully submitted,

                                      */s/ Richard L. Horwitz*

                                      Richard L. Horwitz

/749297
cc:    Clerk of the Court (via hand delivery)
        Mary Graham (via electronic mail)
        Louise Walsh (via electronic mail)