IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MERCK & CO., INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>APOTEX, INC., )<br>)<br>)<br>Defendant. )<br>) | C.A. No. 06-230 (GMS) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that true and correct copies of: Merck & Co., Inc.'s Initial Disclosures Under Rule 26(A)(1) were caused to be served on September 21, 2006 upon the following in the manner indicated:

BY EMAIL

Richard L. Horwitz, Esquire
POTTER ANDERSON & CORROON LLP
Hercules Plaza, 6th Floor
1313 North Market Street
Wilmington, DE  19899
rhorwitz@potteranderson.com

BY E-MAIL

Louise Walsh, Esquire
Robert B. Breisblatt, Esquire
WELSH & KATZ, LTD.
120 South Riverside Plaza; 22nd Floor
Chicago, IL  60606
ltwalsh@welshkatz.com

- 2 -

                         MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                         */s/ Mary B. Graham*

                         Mary B. Graham (#2256)
                         James W. Parrett, Jr. (#4292)
                         1201 North Market Street
                         P.O. Box 1347
                         Wilmington, DE 19899
                         302.658.9200

                         *Attorneys for Plaintiff Merck & Co., Inc.*

OF COUNSEL:

John F. Lynch
HOWREY, LLP
750 Bering Drive
Houston, TX  77057-2198
713.787.1400

Nicolas G. Barzoukas
Suzy S. Harbison
Jason C. Abair
WEIL, GOTSHAL & MANGES
700 Louisiana, Suite 1600
Houston, TX  77002
713.546.5000

Paul D. Matukaitis
Edward W. Murray
Gerard M. Devlin
MERCK & CO., INC.
126 E. Lincoln Avenue RY28-320
Rahway, NJ  07065-0907
732.594.4000

September 21, 2006
538229

# CERTIFICATE OF SERVICE

I hereby certify that on September 21, 2006, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF which will send electronic notification of such filing to the following:

> Richard L. Horwitz, Esquire
> POTTER ANDERSON & CORROON LLP
> Hercules Plaza, 6th Floor
> 1313 North Market Street
> Wilmington, DE  19899

Additionally, I hereby certify that true and correct copies of the foregoing were caused to be served on September 21, 2006 upon the following individuals in the manner indicated:

| **BY E-MAIL** | **BY E-MAIL** |
|---|---|
| Richard L. Horwitz, Esquire<br>POTTER ANDERSON & CORROON LLP<br>Hercules Plaza, 6th Floor<br>1313 North Market Street<br>Wilmington, DE  19899<br>rhorwitz@potteranderson.com | Louise Walsh, Esquire<br>WELSH & KATZ, LTD.<br>120 South Riverside Plaza; 22nd Floor<br>Chicago, IL  60606<br>lwalsh@welshkatz.com |

*/s/ Mary B. Graham*

Mary B. Graham (#2256)