IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MERCK & CO., INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 06-230 (GMS) |
| ) | |
| APOTEX, INC., ) | |
| ) | |
| ) | |
| Defendant. ) | |
| ) | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that true and correct copies of *Plaintiff's Response to Defendant's First Set of Interrogatories (Nos. 1 to 12) and First Set of Requests to Admit (Nos. 1 to 12)* were caused to be served on October 13, 2006 upon the following in the manner indicated:

BY HAND

Richard L. Horwitz, Esquire
POTTER ANDERSON & CORROON LLP
Hercules Plaza, 6th Floor
1313 North Market Street
Wilmington, DE 19899
rhorwitz@potteranderson.com

BY E-MAIL

Louise Walsh, Esquire
Robert B. Breisblatt, Esquire
WELSH & KATZ, LTD.
120 South Riverside Plaza; 22nd Floor
Chicago, IL 60606
ltwalsh@welshkatz.com

- 2 -

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ James W. Parrett, Jr.*

Mary B. Graham (#2256)
James W. Parrett, Jr. (#4292)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
302.658.9200

*Attorneys for Plaintiff Merck & Co., Inc.*

OF COUNSEL:

John F. Lynch
HOWREY, LLP
750 Bering Drive
Houston, TX  77057-2198
713.787.1400

Nicolas G. Barzoukas
Suzy S. Harbison
Jason C. Abair
WEIL, GOTSHAL & MANGES
700 Louisiana, Suite 1600
Houston, TX  77002
713.546.5000

Paul D. Matukaitis
Edward W. Murray
Gerard M. Devlin
MERCK & CO., INC.
126 E. Lincoln Avenue RY28-320
Rahway, NJ  07065-0907
732.594.4000

October 13, 2006
538229

## CERTIFICATE OF SERVICE

I hereby certify that on October 13, 2006, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF which will send electronic notification of such filing to the following:

>Richard L. Horwitz, Esquire
>POTTER ANDERSON & CORROON LLP
>Hercules Plaza, 6th Floor
>1313 North Market Street
>Wilmington, DE 19899

Additionally, I hereby certify that true and correct copies of the foregoing were caused to be served on October 13, 2006 upon the following individuals in the manner indicated:

**BY HAND**

Richard L. Horwitz, Esquire
POTTER ANDERSON & CORROON LLP
Hercules Plaza, 6th Floor
1313 North Market Street
Wilmington, DE 19899
rhorwitz@potteranderson.com

**BY E-MAIL**

Louise Walsh, Esquire
WELSH & KATZ, LTD.
120 South Riverside Plaza; 22nd Floor
Chicago, IL 60606
lwalsh@welshkatz.com

*/s/ James W. Parrett, Jr.*

James W. Parrett, Jr. (#4292)