IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MERCK & CO., INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | C.A. No. 06-230 (GMS) |
| | ) | |
| APOTEX, INC., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## STIPULATION AND ORDER

Whereas Apotex, Inc. has filed a Motion for Leave to File Its First Amended Answer, Affirmative Defenses, and Counterclaims (D.I. 28), which *inter alia* seeks to add a new collateral estoppel affirmative defense and a new antitrust counterclaim to this action, and

Whereas Merck & Co., Inc. has asked for an extension of time in order to have sufficient time to respond to these newly raised allegations;

IT IS HEREBY STIPULATED by Merck and Apotex, subject to the approval of the Court, that the date by which Merck may file its response to Apotex's Motion for Leave to File Its First Amended Answer, Affirmative Defenses, and Counterclaims is extended to and including November 7, 2006.

| | |
|---|---|
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | POTTER ANDERSON & CORROON LLP |
| */s/ James W. Parrett, Jr.* | */s/ Kenneth L. Dorsney* |
| Mary B. Graham (#2256) | Richard L. Horwitz (#2246) |
| James W. Parrett, Jr. (#4292) | Kenneth L. Dorsney (#3726) |
| 1201 North Market Street | Hercules Plaza, 6th Floor |
| P.O. Box 1347 | 1313 North Market Street |
| Wilmington, DE 19899 | P.O. Box 951 |
| 302.658.9200 | Wilmington, DE 19899 |
| | 302.984.6000 |
| *Attorneys for Plaintiff Merck & Co., Inc.* | |
| | *Attorneys for Defendant Apotex, Inc.* |

- 2 -

SO ORDERED this ___ day of October, 2006.

_____
UNITED STATES DISTRICT JUDGE

541860