

**Potter
Anderson
Corroon LLP**

1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
302 984-6000

www.potteranderson.com

Richard L. Horwitz
Partner
Attorney at Law
rhorwitz@potteranderson.com
302 984-6027 Direct Phone
302 658-1192 Fax

November 1, 2006

**VIA ELECTRONIC FILING**

The Honorable Gregory M. Sleet
J. Caleb Boggs Federal Building
844 King Street
Wilmington, DE 19801

    Re:    *Merck & Co., Inc. v. Apotex, Inc.*, No. 06-230 (GMS)

Dear Judge Sleet:

In anticipation of the discovery teleconference scheduled for November 3, 2006 at 10:00 a.m. in the above-referenced matter, the parties jointly submit the following agenda item:

    1.    Merck's responses to Apotex's first set of requests for admission and interrogatories.

    Respectfully,

    /s/ *Richard L. Horwitz*

    Richard L. Horwitz

757489
cc:    Clerk of the Court (via hand delivery)
       All Counsel of Record