## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MERCK & CO., INC., | : |
| Plaintiff, | : |
| v. | : Civil Action No. 06-230-GMS |
| APOTEX, INC., | : |
| Defendant. | : |

## ORDER

At Wilmington this **7th** day of **November, 2006**.

As a result of a teleconference on November 7, 2006 in which it was evident that a discreet legal issue is before Judge Sleet, no mediation date or further teleconferences were scheduled. Local counsel shall keep the Magistrate Judge advised of the status of this legal issue by advising when a decision is rendered. Local counsel may advise the Magistrate Judge by email or fax.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE