IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MERCK & CO., INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 06-230 (GMS) |
| | ) |
| APOTEX, INC. | ) |
| | ) |
| Defendant. | ) |

## STIPULATION AND ORDER TO EXTEND TIME

Plaintiff and Defendant hereby stipulate, subject to the approval of the Court, that Defendant's time to file a Reply on its pending Motion for Leave to File a First Amended Answer, Affirmative Defenses and Counterclaims is extended to December 8, 2006.

Defendant has asked for this extension of time in order to have sufficient time to respond to arguments raised by Plaintiff in its answering brief. The remaining dates on the case schedule remain unchanged.

| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | POTTER ANDERSON & CORROON LLP |
|---|---|
| By: */s/ James W. Parrett, Jr.* <br> Mary B. Graham (#2256) <br> James W. Parrett, Jr. (#4292) <br> 1201 North Market Street <br> P.O. Box 1347 <br> Wilmington, DE 19899-1347 <br> (302) 658-9200 <br> mgraham@mnat.com <br> jparrett@mnat.com <br><br> *Attorneys for Plaintiff Merck & Co., Inc.* | By: */s/ Richard L. Horwitz* <br> Richard L. Horwitz (#2246) <br> Kenneth L. Dorsney (#3726) <br> Hercules Plaza, 6th Floor <br> 1313 N. Market Street <br> P. O. Box 951 <br> Wilmington, DE 19899 <br> (302) 984-6000 <br> rhorwitz@potteranderson.com <br> kdorsney@potteranderson.com <br><br> *Attorneys for Defendant Apotex, Inc.* |

SO ORDERED this _____ day of _____, 2006.

_____
United States District Judge

761158 / 30234