IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MERCK & CO., INC., | ) |
| Plaintiff, | ) ) ) |
| v. | ) C.A. No. 06-230 (GMS) ) |
| APOTEX, INC. | ) **JURY TRIAL DEMANDED** ) |
| Defendant. | ) |

**APOTEX INC.'S MOTION FOR LEAVE TO FILE OVERSIZED BRIEF
AND FOR EXPEDITED HEARING THEREON**

Defendant Apotex, Inc. ("Defendant" or "Apotex") moves for leave to file an oversized brief. Specifically, Apotex requests leave to file its Reply In Support Of Its Motion For Leave To File Its First Amended Answer, Affirmative Defenses, and Counterclaims on December 8, 2006 that will not exceed 35 pages. In support of its motion, Apotex states as follows:

1. On October 13, 2006, Apotex filed a motion for leave to file its First Amended Answer, Affirmative Defenses, and Counterclaim. (D.I. 28) The motion was 7 pages long.

2. On November 7, 2006, Plaintiff Merck & Co. Inc. ("Plaintiff" or "Merck") filed its answering brief in opposition to Apotex's motion. (D.I. 38) Merck's brief was 39 pages long. Merck basically argued that Apotex's amendment was futile because its antitrust counterclaim failed to state a claim for relief under Fed. R. Civ. P. 12(b)(6). In effect, Merck's response was a Rule 12(b)(6) motion.

3. Furthermore, on November 22, 2006, Merck filed a 16-page brief in opposition to Apotex's 2-page motion for leave to substitute corrected exhibits to its

pending motion for leave. (D.I. 44) In its November 22nd opposition brief Merck supplemented its arguments regarding *Noerr-Pennington* immunity. Because the arguments raised in Merck's November 22nd opposition overlapped with the arguments raised in Merck's November 7th opposition, and since Apotex's reply in support of its November 3rd motion for leave was due before its reply in support of its October 13th motion for leave, Apotex chose to defer responding to Merck's substantive *Noerr-Penningtion* arguments until its December 8th reply.

4.   The page limitation for response briefs is 40 pages, whereas the page limitation for replies is 20 pages. *See* L.R. 7.1.3.(D). Because Apotex's brief that is due this Friday, December 8th, is a reply in support of its motion for leave, the local rules specify that the reply be limited to 20 pages. *See* L.R. 7.1.3.(D). However, in effect Apotex's brief is a response to Merck's Rule 12(b)(6) motion. If the brief was actually a response, Apotex would be entitled to the 40-page limitation.

5.   Apotex will not be able to fully and fairly respond to all the arguments raised by Merck in its opposition brief within the 20-page limitation for replies. Apotex therefore requests leave to file a reply brief that will not exceed 35 pages.

6.   Following a meet and confer pursuant to Local Rule 7.1.1, counsel for Merck does not agree to this motion.

WHEREFORE, Apotex requests leave to file an oversized reply brief in support of its motion for leave to file its First Amended Answer, Affirmative Defenses, and Counterclaims that will not exceed 35 pages, and that this request be heard at the Court's earliest convenience.

POTTER ANDERSON & CORROON LLP

OF COUNSEL:

A. Sidney Katz
Robert B. Breisblatt
Louise T. Walsh
Michael Krol
Welsh & Katz, Ltd.
120 S. Riverside Plaza, 22nd Floor
Chicago, Illinois 60606
Tel:    (312) 655-1500
Fax:    (312) 655-1501

By:  /s/ Richard L. Horwitz
    Richard L. Horwitz (#2246)
    Kenneth L. Dorsney (#3726)
    Hercules Plaza, 6th Floor
    1313 N. Market Street
    P. O. Box 951
    Wilmington, DE 19899
    Tel:  (302) 984-6000
    rhorwitz@potteranderson.com
    kdorsney@potteranderson.com

Dated: December 5, 2006
765822/30234

*Attorneys for Defendant Apotex, Inc.*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I, Richard L. Horwitz, hereby certify that on December 5, 2006, the attached document was hand delivered on the following person and was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

Mary B. Graham
James W. Parrett, Jr.
Morris, Nichols, Arsht & Tunnell, LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899-1347

I hereby certify that on December 5, 2006, I have Electronically Mailed the attached document to the following:

John F. Lynch
Howrey, LLP
750 Bering Drive
Houston, TX  77057-2198
lynchj@howrey.com

Nicolas G. Barzoukas
Suzy S. Harbison
Jason C. Abair
Weil, Gotshal & Manges
700 Louisiana, Suite 1600
Houston, TX  77002
nicolas.barzoukas@weil.com
suzy.harbison@weil.com
jason.abair@weil.com

I hereby certify that on December 5, 2006, I have Federal Expressed the attached document to the following non-registered participants:

Paul D. Matukaitis
Merck & Co., Inc.
One Merck Drive
Whitehouse Station, NJ 08889-0100

Edward W. Murray
Gerard M. Devlin
Merck & Co., Inc.
126 E. Lincoln Avenue RY28-320
Rahway, NJ 07065-0907

/s/ Richard L. Horwitz
Richard L. Horwitz
Kenneth L. Dorsney
Potter Anderson & Corroon LLP
Hercules Plaza – Sixth Floor
1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

728942