IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MERCK & CO., INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 06-230 (GMS) |
| | ) |
| APOTEX, INC. | ) **JURY TRIAL DEMANDED** |
| | ) |
| Defendant. | ) |

## NOTICE OF SERVICE

The undersigned, counsel for defendant, Apotex, Inc., hereby certifies that copies of the following documents were caused to be served on December 29, 2006, upon the following attorneys of record at the following addresses as indicated:

DEFENDANT'S FIRST SET OF DOCUMENT REQUESTS
(NOS. 1 TO 39) TO PLAINTIFF

DEFENDANT'S SECOND SET OF INTERROGATORIES
(NOS. 13 TO 17) TO PLAINTIFF

**VIA HAND DELIVERY**

Mary B. Graham
James W. Parrett, Jr.
Morris, Nichols, Arsht & Tunnell, LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347

**VIA ELECTRONIC MAIL**

John F. Lynch
Howrey, LLP
750 Bering Drive
Houston, TX 77057-2198
lynchj@howrey.com

Nicolas G. Barzoukas
Suzy S. Harbison
Jason C. Abair
Weil, Gotshal & Manges
700 Louisiana, Suite 1600
Houston, TX 77002
nicolas.barzoukas@weil.com
suzy.harbison@weil.com
jason.abair@weil.com

**VIA FEDERAL EXPRESS**

Paul D. Matukaitis
Merck & Co., Inc.
One Merck Drive
Whitehouse Station, NJ 08889-0100

Edward W. Murray
Gerard M. Devlin
Merck & Co., Inc.
126 E. Lincoln Avenue RY28-320
Rahway, NJ 07065-0907

OF COUNSEL:

A. Sidney Katz
Robert B. Breisblatt
Louise T. Walsh
Michael A. Krol
Welsh & Katz, Ltd.
120 S. Riverside Plaza, 22nd Floor
Chicago, IL 60606
Tel: (312) 655-1500
Fax: (312) 655-1501

Dated: December 29, 2006
769793 / 30234

POTTER ANDERSON & CORROON LLP

By: */s/ Kenneth L. Dornsey*
Richard J. Horwitz (#2246)
Kenneth L. Dorsney (#3726)
Hercules Plaza, 6th Floor
1313 N. Market Street
P.O. Box 951
Wilmington, DE 19801
Tel: (302) 984-6000
rhorwitz@potteranderson.com
kdorsney@potteranderson.com

*Counsel for Defendant Apotex, Inc.*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

     I, Kenneth L. Dorsney, hereby certify that on December 29, 2006, the attached document was hand delivered on the following person and was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

Mary B. Graham
James W. Parrett, Jr.
Morris, Nichols, Arsht & Tunnell, LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347

     I hereby certify that on December 29, 2006, I have Electronically Mailed the attached document to the following:

| | |
|---|---|
| John F. Lynch<br>Howrey, LLP<br>750 Bering Drive<br>Houston, TX 77057-2198<br>lynchj@howrey.com | Nicolas G. Barzoukas<br>Suzy S. Harbison<br>Jason C. Abair<br>Weil, Gotshal & Manges<br>700 Louisiana, Suite 1600<br>Houston, TX 77002<br>nicolas.barzoukas@weil.com<br>suzy.harbison@weil.com<br>jason.abair@weil.com |

I hereby certify that on December 29, 2006, I have Federal Expressed the attached document to the following non-registered participants:

| | |
|---|---|
| Paul D. Matukaitis<br>Merck & Co., Inc.<br>One Merck Drive<br>Whitehouse Station, NJ  08889-0100 | Edward W. Murray<br>Gerard M. Devlin<br>Merck & Co., Inc.<br>126 E. Lincoln Avenue RY28-320<br>Rahway, NJ  07065-0907 |

　　　　　　　　　　　　　　　　　　　　/s/ Kenneth L. Dorsney
　　　　　　　　　　　　　　　　　　Richard L. Horwitz
　　　　　　　　　　　　　　　　　　Kenneth L. Dorsney
　　　　　　　　　　　　　　　　　　Potter Anderson & Corroon LLP
　　　　　　　　　　　　　　　　　　Hercules Plaza – Sixth Floor
　　　　　　　　　　　　　　　　　　1313 North Market Street
　　　　　　　　　　　　　　　　　　P.O. Box 951
　　　　　　　　　　　　　　　　　　Wilmington, DE  19899-0951
　　　　　　　　　　　　　　　　　　(302) 984-6000
　　　　　　　　　　　　　　　　　　rhorwitz@potteranderson.com
　　　　　　　　　　　　　　　　　　dmoore@potteranderson.com

728942