IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MERCK & CO., INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 06-230 (GMS) |
| ) | |
| APOTEX, INC. ) | **JURY TRIAL DEMANDED** |
| ) | |
| Defendant. ) | |

## NOTICE OF SERVICE

The undersigned, counsel for defendant, Apotex, Inc., hereby certifies that copies of Defendant's Third Set of Requests to Admit (Nos. 15 to 20) to Plaintiff and Defendant's Third Set of Document Requests (No. 41) to Plaintiff were caused to be served on January 19, 2007 upon the following attorneys of record at the following address as indicated:

### VIA HAND DELIVERY

Mary B. Graham
James W. Parrett, Jr.
Morris, Nichols, Arsht & Tunnell, LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347

### VIA ELECTRONIC MAIL

John F. Lynch
Howrey, LLP
750 Bering Drive
Houston, TX 77057-2198
lynchj@howrey.com

Nicolas G. Barzoukas
Suzy S. Harbison
Jason C. Abair
Weil, Gotshal & Manges
700 Louisiana, Suite 1600
Houston, TX 77002
nicolas.barzoukas@weil.com
suzy.harbison@weil.com
jason.abair@weil.com

**VIA FEDERAL EXPRESS**

Paul D. Matukaitis  
Merck & Co., Inc.  
One Merck Drive  
Whitehouse Station, NJ  08889-0100

Edward W. Murray  
Gerard M. Devlin  
Merck & Co., Inc.  
126 E. Lincoln Avenue RY28-320  
Rahway, NJ  07065-0907

POTTER ANDERSON & CORROON LLP

OF COUNSEL:

A. Sidney Katz  
Robert B. Breisblatt  
Louise T. Walsh  
Michael Krol  
Welsh & Katz, Ltd.  
120 S. Riverside Plaza, 22nd Floor  
Chicago, Illinois  60606  
Tel:    (312) 655-1500  
Fax:    (312) 655-1501

By:  /s/ Kenneth L. Dorsney  
    Richard L. Horwitz (#2246)  
    Kenneth L. Dorsney (#3726)  
    Hercules Plaza, 6th Floor  
    1313 N. Market Street  
    P. O. Box 951  
    Wilmington, DE  19899  
    Tel:  (302) 984-6000  
    rhorwitz@potteranderson.com  
    kdorsney@potteranderson.com

*Attorneys for Defendant Apotex, Inc.*

Dated: January 19, 2007  
773505/30234

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

### CERTIFICATE OF SERVICE

I, Kenneth L. Dorsney, hereby certify that on January 19, 2007, the attached document was hand delivered on the following person and was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

Mary B. Graham
James W. Parrett, Jr.
Morris, Nichols, Arsht & Tunnell, LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899-1347

I hereby certify that on January 19, 2007, I have Electronically Mailed the attached document to the following:

John F. Lynch
Howrey, LLP
750 Bering Drive
Houston, TX  77057-2198
lynchj@howrey.com

Nicolas G. Barzoukas
Suzy S. Harbison
Jason C. Abair
Weil, Gotshal & Manges
700 Louisiana, Suite 1600
Houston, TX  77002
nicolas.barzoukas@weil.com
suzy.harbison@weil.com
jason.abair@weil.com

I hereby certify that on January 19, 2007, I have Federal Expressed the attached document to the following non-registered participants:

| | |
|---|---|
| Paul D. Matukaitis<br>Merck & Co., Inc.<br>One Merck Drive<br>Whitehouse Station, NJ  08889-0100 | Edward W. Murray<br>Gerard M. Devlin<br>Merck & Co., Inc.<br>126 E. Lincoln Avenue RY28-320<br>Rahway, NJ  07065-0907 |

    /s/ Kenneth L. Dornsey
Richard L. Horwitz
Kenneth L. Dorsney
Potter Anderson & Corroon LLP
Hercules Plaza – Sixth Floor
1313 North Market Street
P.O. Box 951
Wilmington, DE  19899-0951
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

728942/30234