IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MERCK & CO., INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 06-230 (GMS) |
| ) | |
| APOTEX, INC., ) | |
| ) | |
| Defendant. ) | |
| ) | |

**NOTICE OF SERVICE**

PLEASE TAKE NOTICE that true and correct copies of *1) Plaintiff's Responses to Defendant's Second Set of Interrogatories (Nos. 13 to 17) and 2) Plaintiff's Responses to Defendant's First Set of Document Requests (Nos. 1 to 39)* were caused to be served on January 29, 2007 upon the following in the manner indicated:

**BY HAND**

Richard L. Horwitz, Esquire
POTTER ANDERSON & CORROON LLP
Hercules Plaza, 6th Floor
1313 North Market Street
Wilmington, DE  19899

**BY FACSIMILE**

Louise Walsh, Esquire
Robert B. Breisblatt, Esquire
WELSH & KATZ, LTD.
120 South Riverside Plaza; 22nd Floor
Chicago, IL  60606

- 2 -

                          MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                          */s/ Mary B. Graham (#2256)*

                          Mary B. Graham (#2256)
                          James W. Parrett, Jr. (#4292)
                          1201 North Market Street
                          P.O. Box 1347
                          Wilmington, DE 19899
                          302.658.9200

                          *Attorneys for Plaintiff Merck & Co., Inc.*

OF COUNSEL:

John F. Lynch
HOWREY, LLP
750 Bering Drive
Houston, TX  77057-2198
713.787.1400

Nicolas G. Barzoukas
Suzy S. Harbison
Jason C. Abair
WEIL, GOTSHAL & MANGES
700 Louisiana, Suite 1600
Houston, TX  77002
713.546.5000

Paul D. Matukaitis
Edward W. Murray
Gerard M. Devlin
MERCK & CO., INC.
126 E. Lincoln Avenue RY28-320
Rahway, NJ  07065-0907
732.594.4000

Dated:  January 29, 2007
538229

## CERTIFICATE OF SERVICE

I hereby certify that on January 29, 2007, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF which will send electronic notification of such filing to the following:

> Richard L. Horwitz, Esquire
> POTTER ANDERSON & CORROON LLP
> Hercules Plaza, 6th Floor
> 1313 North Market Street
> Wilmington, DE 19899

Additionally, I hereby certify that true and correct copies of the foregoing were caused to be served on January 29, 2007 upon the following individuals in the manner indicated:

| BY HAND | BY FACSIMILE |
|---|---|
| Richard L. Horwitz, Esquire<br>POTTER ANDERSON & CORROON LLP<br>Hercules Plaza, 6th Floor<br>1313 North Market Street<br>Wilmington, DE 19899 | Louise Walsh, Esquire<br>WELSH & KATZ, LTD.<br>120 South Riverside Plaza; 22nd Floor<br>Chicago, IL 60606 |

*/s/ Mary B. Graham (#2256)*

Mary B. Graham (#2256)