# Morris, Nichols, Arsht & Tunnell llp

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

302 658 9200
302 658 3989 Fax

**Mary B. Graham**
(302) 351-9199
mgraham@mnat.com

February 2, 2007

**VIA E-FILING**

The Honorable Gregory M. Sleet
United States District Court
Federal Building
844 North King Street
Wilmington, DE 19801

      Re: *Merck & Co., Inc. v. Apotex, Inc.*
            C.A. No. 06-230

Dear Judge Sleet:

      This is to request that Merck's Motion To Stay Further Discovery Pending Resolution Of Its Motion To Dismiss For Lack Of Subject Matter Jurisdiction (D.I. 61), filed on February 1, 2007, be considered withdrawn.

                      Respectfully,

                      */s/ Mary B. Graham*

                      Mary B. Graham (#2256)

MBG/dam
cc:   Louise Walsh, Esquire (via e-mail)
       Richard L. Horwitz, Esquire (via e-mail)
       Nicolas G. Barzoukas, Esquire (via e-mail)
       John F. Lynch, Esquire (via e-mail)
724385