

1313 North Market Street
P.O. Box 951
Wilmington, DE  19899-0951
302 984-6000

www.potteranderson.com

**Richard L. Horwitz**
Partner
Attorney at Law
rhorwitz@potteranderson.com
302 984-6027  Direct Phone
302 658-1192  Fax

February 7, 2007

**VIA ELECTRONIC FILING**

The Honorable Gregory M. Sleet
United States District Judge
J. Caleb Boggs Federal Building
844 N. King Street, Lockbox 18
Wilmington, DE 19801

    Re:    **Merck & Co. Inc. v. Apotex, Inc.**
             **C. A. No. 06-230-GMS**

Dear Judge Sleet:

    In anticipation of the discovery teleconference scheduled for February 9, 2007 at 11:30 a.m. in the above-referenced matter, the parties jointly submit the following agenda items:

1. Merck's responses to Apotex's second set of interrogatories, specifically nos. 13, 14, and 17.

2. Depositions sought by Apotex.

3. Merck's request to stay discovery, including depositions, pending resolution of Merck's motion to dismiss for lack of subject matter jurisdiction.

                                          Respectfully,

                                          */s/ Richard L. Horwitz*

                                          Richard L. Horwitz

RLH/msb
776624
cc:    Clerk of the Court (via hand delivery)
        Mary Graham (via electronic mail)
        John Lynch (via electronic mail)
        Nicolas G. Barzoukas (via electronic mail)