IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MERCK & CO., INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>APOTEX, INC., )<br>)<br>Defendant. )<br>) | C.A. No. 06-230 (GMS) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that true and correct copies of 1) *Plaintiff's Responses To Defendant's Third Set Of Document Requests (No. 41)*; and 2) *Plaintiff's Responses To Defendant's Third Set Of Requests To Admit (Nos. 15 - 20)* were caused to be served on February 16, 2007 upon the following in the manner indicated:

**BY E-MAIL**

Richard L. Horwitz, Esquire
POTTER ANDERSON & CORROON LLP
Hercules Plaza, 6th Floor
1313 North Market Street
Wilmington, DE 19899

**BY E-MAIL**

Louise Walsh, Esquire
Robert B. Breisblatt, Esquire
WELSH & KATZ, LTD.
120 South Riverside Plaza; 22nd Floor
Chicago, IL 60606


MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Mary B. Graham (#2256)*

Mary B. Graham (#2256)
James W. Parrett, Jr. (#4292)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
302.658.9200

*Attorneys for Merck & Co., Inc.*

- 2 -

OF COUNSEL:

John F. Lynch
HOWREY, LLP
750 Bering Drive
Houston, TX  77057-2198
713.787.1400

Nicolas G. Barzoukas
Suzy S. Harbison
Jason C. Abair
WEIL, GOTSHAL & MANGES
700 Louisiana, Suite 1600
Houston, TX  77002
713.546.5000

Paul D. Matukaitis
Edward W. Murray
Gerard M. Devlin
MERCK & CO., INC.
126 E. Lincoln Avenue RY28-320
Rahway, NJ  07065-0907
732.594.4000

Dated:  February 20, 2007
538229

- 2 -

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 20, 2007, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF which will send electronic notification of such filing to the following:

>Richard L. Horwitz, Esquire
>POTTER ANDERSON & CORROON LLP
>Hercules Plaza, 6th Floor
>1313 North Market Street
>Wilmington, DE  19899

Additionally, I hereby certify that true and correct copies of the foregoing were caused to be served on February 20, 2007 upon the following individuals in the manner indicated:

| **BY E-MAIL** | **BY E-MAIL** |
|---|---|
| Richard L. Horwitz, Esquire<br>POTTER ANDERSON & CORROON LLP<br>Hercules Plaza, 6th Floor<br>1313 North Market Street<br>Wilmington, DE  19899 | Louise Walsh, Esquire<br>WELSH & KATZ, LTD.<br>120 South Riverside Plaza; 22nd Floor<br>Chicago, IL  60606 |

*/s/ Mary B. Graham (#2256)*
_____
Mary B. Graham (#2256)