IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MERCK & CO., INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>APOTEX, INC., )<br>)<br>Defendant. )<br>) | C.A. No. 06-230 (GMS) |

**STIPULATION AND PROPOSED ORDER REGARDING EXPERT DISCOVERY**

WHEREAS, it was discussed in the telephone conference with the Court on February 9, 2007, that Merck & Co., Inc. and Apotex, Inc. would attempt to stipulate to a proposed procedure that would allow the Court to reach the merits in the event it were to decide that there is subject matter jurisdiction;

WHEREAS the parties are continuing productively to discuss a stipulation for a procedure and proposed judgment that would be entered if the Court were to decide that there is subject matter jurisdiction and that would obviate the need for further discovery;

WHEREAS rebuttal expert reports are currently due on March 5, 2006; and

WHEREAS the parties would like to extend the date for rebuttal expert reports in light of the parties' attempt to reach a broader stipulation and because certain discovery was effectively stayed (including depositions) as discussed in the February 9, 2007 telephone conference;

NOW THEREFORE, IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that:

1. The date by which rebuttal expert reports are due is stayed as of February 9, 2007 pending the parties' agreement on a further stipulation.

2. The parties will provide the Court with a written status report on or before March 13, 2007, at which time the parties will inform the Court whether the parties have reached a broader stipulation and whether the stay proposed by this stipulation should remain in effect.

| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | POTTER ANDERSON & CORROON LLP |
|---|---|
| */s/ Mary B. Graham* | */s/ Kenneth L. Dorsney* |
| Mary B. Graham (#2256)<br>James W. Parrett, Jr. (#4292)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>302.658.9200<br><br>*Attorneys for Merck & Co., Inc.* | Richard L. Horwitz (#2246)<br>Kenneth L. Dorsney (#3726)<br>Hercules Plaza, 6th Floor<br>1313 North Market Street<br>P.O. Box 951<br>Wilmington, DE 19899<br>302.984.6000<br><br>*Attorneys for Apotex, Inc.* |

Dated: March 1, 2007

SO ORDERED this ___ day of _____, 2007.

_____
UNITED STATES DISTRICT JUDGE

752919