IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MERCK & CO., INC., | ) |
| Plaintiff, | ) ) ) |
| v. | ) C.A. No. 06-230 (GMS) |
| APOTEX, INC., | ) ) ) |
| Defendant. | ) ) |

### ORDER

The court has determined that it will grant Merck's motion to dismiss for lack of subject matter jurisdiction in light of Merck's covenant not to sue Apotex. (D.I. 15.) A memorandum and order will follow at the court's earliest convenience.

Dated: April 10, 2007

_____
UNITED STATES DISTRICT JUDGE



FILED

APR 10 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE