IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MERCK & CO., INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 06-230 (GMS) |
| | ) |
| APOTEX, INC. | ) |
| | ) |
| Defendant. | ) |

**AMENDED NOTICE OF APPEAL TO THE
UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT**

Notice is hereby given that Apotex, Inc. ("Apotex"), defendant in the above-named case, hereby appeals to the United States Court of Appeals for the Federal Circuit from the order regarding (D.I. 15) Merck & Co., Inc.'s ("Merck's") motion to dismiss for lack of subject matter jurisdiction (D.I. 84) entered in this action on April 10, 2007 and the order entered in this action on May 21, 2007 (D.I. 88), including *inter alia* the court's order granting Merck's motion to dismiss for lack of subject matter jurisdiction (D.I. 15), dismissing all claims in Merck's complaint (D.I. 1), dismissing all counterclaims in Apotex's Answer, Affirmative Defenses, and Counterclaims (D.I. 8) and denying Apotex's motion for leave to file its first amended answer, affirmative defenses, and counterclaims (D.I. 28).

                                    POTTER ANDERSON & CORROON LLP

OF COUNSEL:

A. Sidney Katz                             By:  */s/ Kenneth L. Dorsney*
Robert B. Breisblatt                             Richard L. Horwitz (#2246)
Louise T. Walsh                                 Kenneth L. Dorsney (#3726)
Michael Krol                                      Hercules Plaza, 6th Floor
Welsh & Katz, Ltd.                             1313 N. Market Street
120 S. Riverside Plaza, 22nd Floor       P. O. Box 951
Chicago, Illinois 60606                      Wilmington, DE 19899
Tel:   (312) 655-1500                     Tel:  (302) 984-6000
Fax:   (312) 655-1501                    rhorwitz@potteranderson.com
                                                    kdorsney@potteranderson.com

Dated: May 23, 2007                        *Attorneys for Defendant Apotex, Inc.*
797374 /30234

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I, Kenneth L. Dorsney, hereby certify that on May 23, 2007, the attached document was hand delivered on the following person and was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

Mary B. Graham
James W. Parrett, Jr.
Morris, Nichols, Arsht & Tunnell, LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347

I hereby certify that on May 23, 2007, I have Electronically Mailed the attached document to the following:

John F. Lynch
Howrey, LLP
1111 Louisiana 25th Floor
Houston, TX 77002
lynchj@howrey.com

Nicolas G. Barzoukas
Suzy S. Harbison
Jason C. Abair
Weil, Gotshal & Manges
700 Louisiana, Suite 1600
Houston, TX 77002
nicolas.barzoukas@weil.com
suzy.harbison@weil.com
jason.abair@weil.com

I hereby certify that on May 23, 2007, I have Federal Expressed the attached document to the following non-registered participants:

Paul D. Matukaitis
Merck & Co., Inc.
One Merck Drive
Whitehouse Station, NJ 08889-0100

Edward W. Murray
Gerard M. Devlin
Merck & Co., Inc.
126 E. Lincoln Avenue RY28-320
Rahway, NJ 07065-0907

/s/ Kenneth L. Dornsey
Richard L. Horwitz
Kenneth L. Dorsney
Potter Anderson & Corroon LLP
Hercules Plaza – Sixth Floor
1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
(302) 984-6000
rhorwitz@potteranderson.com
kdorsney@potteranderson.com

728942/30234